**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**D&F MARKETING, INC.**                                                                           **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 3:09CV467DPJ-JCS**

**FLETCHER TRUCKING, INC.**                                               **DEFENDANT**

**DEFAULT JUDGMENT**

This action having come for hearing on the motion of Plaintiff for a Default Judgment against Defendant Fletcher Trucking, Inc. pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and Ronald Fletcher, registered agent for Fletcher Trucking, Inc., having been duly served with Plaintiff's Summons and Complaint and not being an infant or unrepresented incompetent person and having failed to plead or otherwise defend, and Defendant's default having been duly entered, and Defendant having taken no action since the entry of default, the Court finds that it has jurisdiction over the parties and subject matter of this cause and further finds that Plaintiff is entitled to Judgment against Defendant Fletcher Trucking, Inc. for the sum of $21,224.82, plus pre-Judgment interest together with post-Judgment interest at the lawful rate and all costs of court.[1]

**SO ORDERED AND ADJUDGED** this the 20th day of October, 2009.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff presented a proposed order granting default judgment that included a line for an unspecified amount in attorneys fees. Plaintiff's Complaint seeks fees, but the motion did not expressly address the issue and offered no affidavits or other evidence revealing how fees should be calculated. Accordingly, no such award is made at this time. However, the Court will grant Plaintiff ten days from the date of this order to supplement its motion with respect to these damages.